**Order entered November 22, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01504-CV

### KATRINA MCPHERSON, Appellant

### V.

### MELISSA LOPEZ, Appellee

**On Appeal from the County Court at Law No. 5
Dallas County, Texas
Trial Court Cause No. CC-18-05725-E**

## ORDER

Before the Court is appellant's November 21, 2019 **fourth** motion to extend the deadline to file her brief on the merits. She explains the extension is necessary due to her caring for her daughter who is on bed rest for a high risk pregnancy, caring for her mother who has cancer, and three recent deaths in the family.

Our order granting the last extension cautioned appellant that further extension requests would be disfavored. In light of the circumstances, however, we **GRANT** the motion and extend the deadline to **December 16, 2019**. *We caution appellant that failure to file her brief by December 16, 2019 may result in dismissal of the appeal without further notice.  See* TEX. R. APP. P. 38.8(a)(1), 42.3(b),(c).

/s/     ERIN A. NOWELL
        JUSTICE